**BRAYTON❖PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
**(415) 898-1555**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES REID and CANDICE REID,<br><br>        Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br>        Defendants. | No. 2:19-cv-00328-JAM-DB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant THE GOODYEAR TIRE & RUBBER COMPANY are hereby dismissed with prejudice.

Dated: July 22, 2019                /s/ John A. Mendez
                                                 John A. Mendez
                                                 United States District Court Judge