**BRAYTON♦PURCELL LLP**
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
**(415) 898-1555**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REID and CANDICE REID, <br><br> Plaintiffs, <br><br> vs. <br><br> CRANE CO., et al., <br><br> Defendants. | No. 2:19-cv-00328-JAM-DB <br><br> **ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT HONEYWELL INTERNATIONAL INC.** |

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant HONEYWELL INTERNATIONAL INC. are hereby dismissed with prejudice.

Dated: 11/6/2019  /s/ John A. Mendez_____
John A. Mendez
United States District Court Judge