CHARLES T. SHELDON, State Bar No. 155598
csheldon@wfbm.com
DEREK S. JOHNSON, State Bar No. 220988
djohnson@wfbm.com
KATHERINE P. GARDINER, State Bar No. 215542
kgardiner@wfbm.com
EMILY E. ANSELMO, State Bar No. 294899
eanselmo@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
GENERAL ELECTRIC COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES REID and CANDICE REID, | Case No. 2:19-cv-00328-JAM-DB |
| Plaintiffs, | **JOINT STIPULATION BY ALL PARTIES AND ORDER CONTINUING TRIAL AND EXTENDING PRE-TRIAL DEADLINES** |
| v. | |
| CRANE CO., et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for all parties, that:

WHEREAS, Plaintiffs James and Candice Reid filed their initial Complaint for Asbestos Personal Injury with the Court on February 22, 2019 (Docket Document No. 1);

WHEREAS, on October 16, 2019, Plaintiffs filed a motion with the Court to amend their initial Complaint to add General Electric Company ("GE") to their Negligence and Products Liability causes of action (Docket Document No. 52);

1. WHEREAS, the Court granted Plaintiffs' Motion to Amend to add GE as a defendant on November 8, 2019, granting Plaintiffs leave to file a First Amended Complaint (Docket Document No. 56);

WHEREAS, Plaintiffs filed the First Amended Complaint on November 15, 2019 (Docket Document No. 58);

WHEREAS, Plaintiffs served GE with the First Amended Complaint on December 23, 2019;

WHEREAS, GE filed its Answer to the First Amended Complaint on December 23_, 2019 (Docket Document No. 65);

WHEREAS, the Court has set forth the following pre-trial deadlines and trial date, in its STATUS (Pre-trial Scheduling) ORDER, filed May 2, 2019 (Docket Document No. 34):

1. Expert witness disclosures by January 10, 2020;
2. Supplemental expert witness disclosures by January 24, 2020;
3. Close of fact and expert discovery on March 13, 2020;
4. Dispositive motion filing deadline on April 21, 2020;
5. Hearings on dispositive motions on May 19, 2020;
6. Final pre-trial conference on July 10, 2020; and
7. Trial on August 24, 2020.

Based on good cause due to the recent appearance of GE in this case and the fast-approaching pre-trial deadlines and trial date in August 2020, and in order to conserve resources, promote judicial economy, and permit GE to undertake adequate discovery, prepare of its defenses, and prepare for trial, the parties hereby stipulate and agreed to continue the dates set forth above. GE has yet to propound written discovery, take Plaintiff or witness depositions, or retain expert witnesses, and will not have adequate time to complete fact discovery prior to the next deadline in this case – the service of expert witness reports by January 10, 2020.

The parties propose and stipulate that the case schedule be revised as follows:

-2-
JOINT STIPULATION BY ALL PARTIES AND ORDER CONTINUING TRIAL AND EXTENDING PRE-TRIAL DEADLINES

1. Close of fact discovery on June 1, 2020;

2. Expert witness disclosures by July 1, 2020;

3. Supplemental expert witness disclosures by July 8, 2020;

4. Dispositive motion filing deadline on July 17, 2020;

5. Hearings on dispositive motions on August 25, 2020;

6. Close of expert witness discovery on September 4, 2020;

7. Final pre-trial conference on September 18, 2020, at 10 a.m.; and

8. Trial on October 26, 2020 at 9:00 a.m.

The parties submit this stipulation and proposed order to resolve the issue without the need for motion practice or appearance before the Court. However, if the Court requires a hearing on the issues set forth herein, the parties request that a hearing be set on the earliest available date with the Court.

DATED: December __, 2019        **BRAYTON PURCELL, LLP**

By:_____
David Donadio, Esq.
Kimberly Chu, Esq.
Attorneys for Plaintiffs,
**JAMES REID and CANDICE REID**

DATED: December __, 2019        **WFBM, LLP**

By:___/s/ *Derek S. Johnson*_____
Charles T. Sheldon, Esq.
Derek S. Johnson, Esq.
Attorneys for Defendant,
**GENERAL ELECTRIC COMPANY**

DATED: December __, 2019        **MANNING GROSS + MASSENBURG LLP**

By:_____
Jennifer Cormier, Esq.
Kristi Young, Esq.
Attorneys for Defendant,
**THE GOODYEAR TIRE & RUBBER COMPANY**

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

| | | |
|---|---|---|
| 1 | DATED: December __, 2019 | **K & L GATES LLP** |
| 2 | | |
| 3 | | By:_____ |
| 4 | | Geoffrey Davis, Esq.<br>Peter Soskin, Esq. |
| 5 | | Attorneys for Defendant,<br>**CRANE CO.** |

DATED: December __, 2019     **K & L GATES LLP**

By:_____
Geoffrey Davis, Esq.
Peter Soskin, Esq.
Attorneys for Defendant,
**CRANE CO.**

DATED: December __, 2019     **GORDON REES SCULLY MANSUKHANI, LLP**

By:_____
Michael Pietrykowski, Esq.
Attorneys for Defendant,
**APOGENT TECHNOLOGIES INC.**

DATED: December __, 2019     **TUCKER ELLIS LLP**

By:_____
Nicole E. Gage, Esq.
Attorneys for Defendant,
**CLARK-RELIANCE CORPORATION**

DATED: December __, 2019     **TUCKER ELLIS LLP**

By:_____
Daniel Kelly, Esq.
Attorneys for Defendant,
**FLOWSERVE US INC., solely as successor to Edward Valves, Inc.**

DATED: December __, 2019     **MCDERMOTT WILL & EMERY**

By:_____
Alice Wong, Esq.
Jonathan Yang, Esq.
Attorneys for Defendant,
**HONEYWELL INTERNATIONAL INC.**

**[PROPOSED] ORDER**

**IT IS SO ORDERED**, the above Joint Stipulation, having been considered and good cause appearing therefore, the case schedule is revised as follows:

1. Close of fact discovery on June 1, 2020;
2. Expert witness disclosures by July 1, 2020;
3. Supplemental expert witness disclosures by July 8, 2020;
4. Dispositive motion filing deadline on July 17, 2020;
5. Hearings on dispositive motions on August 25, 2020;
6. Close of expert witness discovery on September 4, 2020;
7. Final pre-trial conference on September 18, 2020, at 10 a.m.; and
8. Trial on October 26, 2020 at 9:00 a.m.

Dated: December 26, 2019

By:    /s/ John A. Mendez
The Honorable John A. Mendez
UNITED STATES DISTRICT JUDGE

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

5076444.1
3908-39.1205

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 23, 2019, a copy of the **JOINT STIPULATION BY ALL PARTIES AND [PROPOSED] ORDER CONTINUING TRIAL AND EXTENDING PRE-TRIAL DEADLINES** was served via ECF upon all counsel of record in the Court's electronic filing system.

Dated: December 23, 2019   WFBM, LLP

By: /s/ *Derek S. Johnson*
DEREK S. JOHNSON
State Bar No. 220988
djohnson@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258
Attorney for Defendant
GENERAL ELECTRIC COMPANY