BRAYTON❖PURCELL LLP
ATTORNEYS AT LAW
222 RUSH LANDING ROAD
P O BOX 6169
NOVATO, CALIFORNIA 94948-6169
(415) 898-1555

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

JAMES REID and
CANDICE REID,

          Plaintiffs,

vs.

CRANE CO., et al.,

          Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

No. 2:19-cv-00328-JAM-DB

**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER DECEMBER 5, 1980 FROM DEFENDANT FLOWSERVE US INC., solely as successor to Edward Valves, Inc.**

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All allegations, if any, related to exposure to asbestos on or after December 5, 1980 as to Defendant  FLOWSERVE US INC., solely as successor to Edward Valves, Inc. are hereby dismissed with prejudice.

Dated:   April 16, 2020

/s/ John A. Mendez_____
John A. Mendez
United States District Court Judge

1

ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ANY ASBESTOS EXPOSURE CLAIMS ON OR AFTER
DECEMBER 5, 1980 FROM DEFENDANT FLOWSERVE US INC., solely as successor to Edward Valves, Inc.