MICHAEL J. PIETRYKOWSKI, (SBN:118677)
mpietrykowski@gordonrees.com
GORDON & REES LLP
1111 Broadway, Suite 1700
Oakland, California 94607
Telephone: (510) 463-8600
Facsimile: (510) 984-1721

JOHN T. WILLIAMS, (*pro hac vice*)
jwilliams@hww-law.com
JASON H. NASH, (*pro hac vice*)
jnash@hww-law.com
CRAIG W. MANDELL, (*pro hac vice*)
cmandell@hww-law.com
HINKHOUSE WILLIAMS WALSH LLP
180 North Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Facsimile: (312) 784-5499

Attorneys for Defendant
APOGENT TECHNOLOGIES INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES REID and CANDICE REID,<br><br>   Plaintiffs,<br><br>   v.<br><br>CRANE CO., *et al.*<br><br>   Defendants. | Case No. 2:19-cv-00328<br><br>**STIPULATION AND ORDER TO CONDUCT PLAINTIFFS' DEPOSITION OF DEFENDANT APOGENT TECHNOLOGIES INC.'S PERSON(S) MOST KNOWLEDGEABLE AND CUSTODIAN(S) OF RECORDS AFTER JUNE 1, 2020** |

Plaintiffs JAMES REID and CANDICE REID (collectively, "Plaintiffs") and Defendant APOGENT TECHNOLOGIES INC. ("Apogent"), by and through their respective attorneys, HEREBY STIPULATE AS FOLLOWS:

1. Plaintiffs served on May 7, 2020 their notice of deposition of Apogent's Person(s) Most Knowledgeable and Custodian(s) of Records ("corporate representative(s)"), with an accompanying request for documents, and scheduled said deposition to occur on May 21, 2020.

2. Apogent requires additional time to comply with Plaintiffs' deposition notice given the current COVID-19 public health crisis and the resulting "shelter-in-place" orders.

3. Pursuant to this Court's December 26, 2019, Order Continuing Trial and Extending Pre-Trial Deadlines, fact discovery closes on June 1, 2020.  Doc. 72.

4. Plaintiffs and Apogent agree that Plaintiffs' deposition of Apogent's corporate representative(s) may proceed after the June 1, 2020, close of fact discovery.  Plaintiffs may file a motion to compel, if necessary and in compliance with Local Rule 251(b), no later than twenty (20) days after the deposition of Apogent's corporate representative(s) concludes.  If Plaintiffs' deadline to file a motion to compel falls on a weekend or holiday, Plaintiffs' deadline to file a motion to compel shall extend to the next court day.

5. Plaintiffs and Apogent may supplement their expert witness reports as they pertain to Apogent after the July 1, 2020 deadline for expert witness disclosures but no later than thirty (30) days after the deposition of Apogent's corporate representative(s) concludes.  Plaintiffs and Apogent may supplement their expert witness reports within fourteen (14) days after the aforementioned supplemental expert witness reports pertaining to Apogent are served.  To accommodate all expert witness deadlines herein, Plaintiffs and Apogent agree that the testimony of Apogent's corporate representative(s) may be used for the purposes of expert reports should the deposition(s) not conclude in a single day.

6. This stipulation shall not affect or extend the trial date or any of the other pre-trial deadlines set forth in this Court's December 26, 2019 Scheduling Order.  Doc. 72.

1. 7. Counsel for Plaintiffs and Apogent will meet and confer on a date in June 2020, on which the deposition at issue may proceed.

DATED:                                      HINKHOUSE WILLIAMS WALSH LLP and
                                            GORDON & REES, LLP

                                            */s/ Craig W. Mandell*
                                            JOHN T. WILLIAMS (admitted *pro hac vice*)
                                            jwilliams@hww-law.com
                                            JASON H. NASH (admitted *pro hac vice*)
                                            jnash@hww-law.com
                                            CRAIG W. MANDELL (admitted *pro hac vice*)
                                            cmandell@hww-law.com
                                            180 North Stetson Avenue, Suite 3400
                                            Chicago, Illinois 60601
                                            Telephone: (312) 784-5400
                                            Facsimile:  (312) 784-5499

                                            MICHAEL J. PIETRYKOWSKI (SBN:118677)
                                            mpietrykowski@gordonrees.com
                                            1111 Broadway, Suite 1700
                                            Oakland, California 94607
                                            Telephone: (510) 463-8600
                                            Facsimile:  (510) 984-1721

                                            *Attorneys for Defendant Apogent Technologies Inc.*

DATED:                                      BRAYTON PURCELL LLP

                                            */s/ Kimberly J. Chu* (as authorized on 5/28/2020)
                                            KIMBERLY J. CHU (SBN:206817)
                                            kchu@braytonlaw.com
                                            222 Rush Landing Road
                                            P.O. Box 6169
                                            Novato, California 94948-6169
                                            Telephone: (415) 898-1555
                                            Facsimile:  (415) 898 1247

                                            *Attorneys for Plaintiffs James Reid and Candice Reid*

STIPULATION TO CONDUCT PLAINTIFFS' DEPOSITION OF DEFENDANT APOGENT TECHNOLOGIES INC.'S PERSON MOST KNOWLEDGEABLE AFTER JUNE, 1, 2020

**IS SO ORDERED**, having considered the above Stipulation, that:

1. The deposition of Apogent's Person(s) Most Knowledgeable and Custodian(s) of Records may proceed after the June 1, 2020, close of fact discovery. Plaintiffs may file a motion to compel, if necessary and in compliance with Local Rule 251(b), no later than twenty (20) days after the deposition of Apogent's corporate representative(s) concludes. If Plaintiffs' deadline to file a motion to compel falls on a weekend or holiday, Plaintiffs' deadline to file a motion to compel shall extend to the next court day.

2. Plaintiffs and Apogent may supplement their expert witness reports as they pertain to Apogent after the July 1, 2020 deadline for expert witness disclosures but no later than thirty (30) days after the deposition of Apogent's corporate representative(s) concludes. Plaintiffs and Apogent may supplement their expert witness reports within fourteen (14) days after the aforementioned supplemental expert witness reports pertaining to Apogent are served. To accommodate all expert witness deadlines herein, the testimony of Apogent's corporate representative(s) may be used for the purposes of expert reports should the deposition(s) not conclude in a single day.

3. This order shall not affect or extend the trial date or any of the other pre-trial deadlines set forth in this Court's December 26, 2019 Scheduling Order. Doc. 72.

4. Counsel for Plaintiffs and Apogent shall meet and confer on a date in June 2020, on which the deposition at issue may proceed.

DATED:  May 28, 2020                    /s/ John A. Mendez

                                        Hon. John A. Mendez
                                        United States District Court Judge