ALAN R. BRAYTON, ESQ., S.B. #73685
DAVID R. DONADIO, ESQ., S.B. #154436
ddonadio@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California 94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES REID and CANDICE REID,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>CRANE CO., et al.,<br><br>　　　　Defendants | No. 2:19-cv-00328-JAM-DB<br><br>**ORDER GRANTING PARTIES' DISMISSAL WITH PREJUDICE OF ASBESTOS EXPOSURE CLAIMS OCCURRING ON OR AFTER DECEMBER 5, 1980, AS TO DEFENDANT CRANE CO.** |

　　　　PURSUANT TO STIPULATION, **IT IS SO ORDERED**.  All allegations, if any, related to exposure to asbestos on or after December 5, 1980, as to defendant CRANE CO. are hereby dismissed with prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:  June 16, 2020                                           /s/ John A. Mendez_____

　　　　　　　　　　　　　　　　　　　　　　　　　　John A. Mendez
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge

C:\Users\hvine\Desktop\19cv328.o.61620.docx.doc

ORDER GRANTING PARTIES' DISMISSAL WITHOUT PREJUDICE OF DEFENDANT CROWN CORK & SEAL COMPANY, INC.