MICHAEL J. PIETRYKOWSKI, (SBN:118677)
mpietrykowski@gordonrees.com
GORDON & REES LLP
1111 Broadway, Suite 1700
Oakland, California 94607
Telephone: (510) 463-8600
Facsimile:  (510) 984-1721

JOHN T. WILLIAMS, (*pro hac vice*)
jwilliams@hww-law.com
JASON H. NASH, (*pro hac vice*)
jnash@hww-law.com
CRAIG W. MANDELL, (*pro hac vice*)
cmandell@hww-law.com
HINKHOUSE WILLIAMS WALSH LLP
180 North Stetson Avenue, Suite 3400
Chicago, Illinois 60601
Telephone: (312) 784-5400
Facsimile:  (312) 784-5499

Attorneys for Defendant
APOGENT TECHNOLOGIES INC.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES REID and CANDICE REID,<br><br>　　　　　　Plaintiffs,<br>　　v.<br><br>CRANE CO., *et al.*<br><br>　　　　　　Defendants. | Case No. 2:19-cv-00328<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT APOGENT TECHNOLOGIES INC.** |

IT IS HEREBY STIPULATED by the affected parties, Plaintiffs JAMES REID and CANDICE REID and Defendant APOGENT TECHNOLOGIES INC., that all claims against Defendant APOGENT TECHNOLOGIES INC., shall be, and hereby are, dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall bear their own fees and costs.

DATED:	BRAYTON PURCELL LLP

*/s/ Kimberly J. Chu (as authorized on June 17, 2020)*
KIMBERLY J. CHU (SBN:206817)
Attorneys for Plaintiffs JAMES REID and
CANDICE REID

DATED:	HINKHOUSE WILLIAMS WALSH LLP and
GORDON & REES, LLP

*/s/ Craig W. Mandell*
CRAIG W. MANDELL (admitted *pro hac vice*)
Attorneys for Defendant APOGENT
TECHNOLOGIES INC.

Pursuant to stipulation, IT IS ORDERED that all claims against Defendant APOGENT TECHNOLOGIES INC., shall be, and hereby are, dismissed without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure. The parties shall bear their own fees and costs.

DATED: 6/17/2020	/s/ John A. Mendez
Honorable John A. Mendez
United States District Court Judge