DAVID R. DONADIO, ESQ., S.B. #154436
ddonadio@braytonlaw.com
KIMBERLY J. CHU, ESQ., S.B. #206817
kchu@braytonlaw.com
BRAYTON❖PURCELL LLP
Attorneys at Law
222 Rush Landing Road
P.O. Box 6169
Novato, California  94948-6169
(415) 898-1555
415) 898-1247 (Facsimile)

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES REID and CANDICE REID, <br><br>             Plaintiffs, <br><br>vs. <br><br>CRANE CO., et al., <br><br>             Defendants. | No. 2:19-cv-00328-JAM-DB <br><br>**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF ENTIRE ACTION** |

**IT IS SO ORDERED**.  Plaintiffs' complaint in this action is dismissed, without prejudice, pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party shall bear their own costs.

Dated:  August 24, 2020                                            /s/ John A. Mendez_____

                                                                                   John A. Mendez
                                                                                    United States District Judge